UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KENNETH SCALES, )<br>Defendant ) | M.J. No. 04m-1116-JGD |

### AFFIDAVIT IN SUPPORT OF RULE 5(c) PROCEEDING

I, Paul Sugrue, Deputy United States Marshal, do hereby make oath before the Honorable Judith Gail Dein, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is at present an outstanding warrant of arrest for one Kenneth Scales on a one-count Indictment filed in the District of Maine charging the defendant with possession of a stolen firearm, 18 U.S.C. § 922(j), and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

_____
PAUL SUGRUE
Deputy U.S. Marshal
United States Marshal Service

Subscribed and sworn to before me this 21st day of September, 2004.

_____
JUDITH GAIL DEIN
United States Magistrate Judge