UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

04m-1116-JGD

v.

WARRANT OF ARREST

KENNETH SCALES

CASE NUMBER: 04-90-P-H

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest KENNETH SCALES and bring him or her forthwith to the nearest magistrate to answer an Indictment charging him or her with:

Count One: possession of a stolen firearm, in violation of Title 18 United States Code, Section(s) 922(j).

Susan M. Durst
Name of Issuing Officer

Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

August 12, 2004 at Portland, ME
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED 09/21/04 | NAME AND TITLE OF ARRESTING OFFICER Paul J. Sugrue Deputy US Marshal | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 09/20/04 | | |