# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

| IN UNITED STATES | ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) |
|---|---|
| IN THE CASE OF | U.S. VS. Kenneth Scales / FOR Massachusetts AT Boston |

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): Kenneth Scales

1. ☒ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: 04M-1116-JGD
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor
18 U.S.C. § 922(j)

---

## ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment / How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES:
- RECEIVED: ~$1200   SOURCES: working construction
- $250   odd jobs
- ~$500   temp agency

**CASH**
Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No IF YES, state total amount $200

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT: $ _____

---

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 2
List persons you actually support and your relationship to them:
- Kenny Scales Jr. – son
- Dante Scales – son

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME / Creditors: No major bills or debts.
Total Debt: $ _____   Monthly Payt.: $ _____

---

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 9/21/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Kenny D Scales