# LURIE & KRUPP, LLP

ONE MCKINLEY SQUARE
BOSTON, MA 02109

PETER B. KRUPP
DAVID E. LURIE

SARA A. LAROCHE
THOMAS E. LENT

TEL: (617) 367-1970
FAX: (617) 367-1971

E-MAIL: pkrupp@luriekrupp.com

FILED
IN CLERKS OFFICE

2004 SEP 24 A 10: 09

U.S. DISTRICT COURT
DISTRICT OF MASS.

September 24, 2004

By Hand

Gregory T. Moffatt
Assistant U.S. Attorney
J. Joseph Moakley United States Courthouse
1 Courthouse Way, 9th Floor
Boston, MA 02210

Re:   United States v. Kenny Scales,
      Case No. 04-M-1116-JGD

Dear Greg,

    Pursuant to Fed. R. Crim. P. 26.2 and 46(j), I am writing to request production in advance of the hearing of all statements of any witnesses you intend to call at the detention hearing on Monday. I make this request so that we do not have to adjourn, or waste time at, the hearing on Monday. Also, please send over a copy of whatever documents you intend to rely upon at the hearing.

    Thank you.

Very truly yours,

Peter B. Krupp

PBK:kag

cc:   Kenny Scales
      Thomas Quinn, Courtroom Clerk   (by hand)
        to the Honorable Judith G. Dein